the relation of John J. Kirk, against Nicholas J. Hayes, as Fire Commissioner of the City of New York. No opinion. Determination confirmed, with costs.

---

PEOPLE ex rel. LA CHICOTTE v. MARTIN, Com'r (two cases). (Supreme Court, Appellate Division, First Department. June 10, 1910.) Proceeding by the People of the State, of New York, on the relation of Henry A. La Chicotte, against Kingsley L. Martin, as Commissioner, etc. No opinion. Motions to dismiss appeals denied, with $10 costs, without prejudice to motion to dismiss being made by J. W. Stevenson, as commissioner, etc. Orders filed.

---

PEOPLE ex rel. LEHIGH VALLEY R. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Proceeding by the People of the State of New York, on the relation of the Lehigh Valley Railroad Company, against the State Board of Tax Commissioners.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of the decision rendered at this term of court in People ex rel. Buffalo Gas Co. v. State Board of Tax Commissioners, 137 App. Div. 358, 121 N. Y. Supp. 782.

SPRING and KRUSE, JJ., dissent, upon the grounds stated in the dissenting memorandum by SPRING, J., in that case.

---

PEOPLE ex rel. LEHIGH VALLEY R. CO., Appellant, v. STATE BOARD OF TAX COM'RS., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Proceeding by the People of the State of New York, on the relation of the Lehigh Valley Railroad Company, against the State Board of Tax Commissioners. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. See, also, supra.

---

PEOPLE ex rel. LEWIS v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Proceeding by the People of the State of New York, on the relation of Everett K. Lewis, against Theodore A. Bingham, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with costs, and writ dismissed.

---

PEOPLE ex rel. LONGYEAR, Respondent, v. BANNON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York, on the relation of Edward M. Longyear, against Lawrence F. Bannon and others, members composing the Examining and Supervising Board of Plumbers and Plumbing of the City of Kingston, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. McCALL v. CITY OF ALBANY et al. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York, on the relation of Henry S. McCall, against the City of Albany, James E. McEwan, as Mayor of the City of Albany, and Wallace Greenalch, as Commissioner of Public Works of the City of Albany. No opinion. Order affirmed, with costs.

---

PEOPLE ex rel. MURPHY v. EDWARDS, Com'r. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Proceeding by the People of the State of New York, on the relation of Jas. M. Murphy, against William H. Edwards, as Commissioner. A. Levy, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Charles H. Gaus, as Comptroller of the State of New York.

PER CURIAM. Determination confirmed, with $50 costs and disbursements.

KELLOGG, J., is of the opinion that the company has but one kind of stock, which is taxable on a 6 per cent. basis.

---

PEOPLE ex rel. REPUBLICAN & JOURNAL CO. v. WIGGINS et al. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Proceeding by the People of the State of New York, on the relation of the Republican & Journal Company, against Abraham H. Wiggins and others.

PER CURIAM. Determination annulled, with $50 costs and disbursements.

SEWELL and HOUGHTON, JJ., dissent.

---

PEOPLE ex rel. SAUER, Appellant, v. McANENY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Proceeding by the People of the State of New York, on the relation of William Sauer, against George McAneny, as President, etc., and others. A. J. Talley, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. TOMS, Respondent, v. BOARD OF SUP'RS OF ERIE COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Proceeding by the People of the State of New York, on the relation of Robert A. Toms, against the Board of Supervisors of Erie County. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 122 N. Y. Supp. 744.